# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

|  |  |  |
|---|---|---|
| CHRISTOPHER LYNN WALDEN, JR., a minor by and through next friends and parents, ASHLEY N. WALDEN and CHRISTOPHER L. WALDEN,  and ASHLEY N. WALDEN and CHRISTOPHER L. WALDEN, individually and as next friends and parents of CHRISTOPHER LYNN WALDEN, JR., | ) ) ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | No.:  _____ |
| ADIDAS AMERICA, INC., ADIDAS AG and, LOLLYTOGS, LTD., d/b/a LT APPAREL GROUP, | ) ) ) | |
| **Defendants.** | ) | **JURY DEMAND** |

## MOTION TO APPOINT SPECIAL PROCESS SERVICE

COME THE PLAINTIFFS, by and through counsel, and move this Honorable Court for an Order appointing APS International, Ltd., as an agent to effect service of process on the defendant, ADIDAS AG in the Federal Republic of Germany.  Counsel for the plaintiffs have retained APS International, Ltd., to effectuate service on this foreign defendant and they requested the attached proposed order submitted contemporaneously herewith in order to allow them to effectuate service.  Therefore, the plaintiffs move this Honorable Court to enter the proposed Order filed contemporaneously herewith appointing APS International, Ltd., as authorized agent to effect service of process on ADIDAS AG.

Respectfully submitted,

DAVID E. HIGH (#7052)
HIGH LAW OFFICE, PLLC
300 James Robertson Parkway
Nashville, TN  37201-1107
615/256-1000
*attyhigh@bellsouth.net*