IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
TENNESSEE AT NASHVILLE

| | |
|---|---|
| CHRISTOPHER LYNN WALDEN, JR., a minor )<br>by and through next friends and parents, )<br>ASHLEY N. WALDEN and CHRISTOPHER L. )<br>WALDEN, and ASHLEY N. WALDEN and )<br>CHRISTOPHER L. WALDEN, individually and as )<br>next friends and parents of )<br>CHRISTOPHER LYNN WALDEN, JR., )<br>)<br>    Plaintiff, )<br>)<br>v. )   No.: _____<br>)<br>ADIDAS AMERICA, INC., ADIDAS AG and, )<br>LOLLYTOGS, LTD., d/b/a LT APPAREL GROUP, )<br>)<br>    Defendants. )   JURY DEMAND | |

## ORDER TO APPOINT SPECIAL PROCESS SERVICE

IT IS HEREBY ORDERED, that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, ADIDAS AG, in the Federal Republic of Germany. Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

ENTERED this __26th__ day of December 2012.

_____
JUDGE

SUBMITTED FOR ENTRY:

_____
DAVID E. HIGH (#7052)
HIGH LAW OFFICE, PLLC
300 James Robertson Parkway
Nashville, TN 37201-1107
615/256-1000
*attyhigh@bellsouth.net*

_____
JOHN D. PELLEGRIN (#7326)
PELLEGRIN & ASSOCIATES
Cordell Hull Building
113 West Main Street
Gallatin, TN 37066
615/452-5844
*Johnpellegrin@bellsouth.net*
*For the Plaintiffs*